```
                    IN THE UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF ARKANSAS
                            FORT SMITH DIVISION
```

JOHN BREEDLOVE and
DELORES BREEDLOVE                                                PLAINTIFFS

               v.            Civil No. 08-2018

CITY OF COAL HILL, DAVID
PILKINGTON, Individually and in his
official capacity as Police Chief of the
City of Coal Hill, RONALD GARNER,
Individually and in his official capacity as
Mayor of the City of Coal Hill, STACY COX,
CITY COUNSEL MEMBER, Individually and
in her official capacity; RITA YATES, CITY
COUNSEL MEMBER, Individually and in her
official capacity                                                DEFENDANTS

## ORDER

Now on this 9th day of July, 2008, comes on for consideration the Motion to Withdraw (document #12), and the Court, being well and sufficiently advised, finds and orders that said motion should be, and hereby is **granted**.  Robert D. Kelly should be, and he hereby is relieved of his obligations in this matter with respect to his representation of the plaintiffs John Breedlove and Delores Breedlove.

IT IS SO ORDERED.

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE